1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE GONZALES,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY ,<br>        Defendant. | Case No.:  1:21-cv-00129-JLT-HBK<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND REMANDING CASE TO COMMISSIONER<br><br>(Docs. 1, 20, 28) |

The assigned magistrate judge issued a findings and recommendations recommending that Plaintiff's motion for summary judgment be granted, and the Commissioner of the Social Security's decision be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 28.)  The findings and recommendations contained a notice that any objections were due within 14 days.  (*Id.* at 1, 14).  As of the date on this order, no party has filed any objections, and the deadline for doing so has passed.  (*See* docket).

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds these findings and recommendations to be supported by the record and by proper analysis.  Based upon the foregoing, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on September 27, 2022, (Doc. 28), are **ADOPTED** in full;

2.      Plaintiff's Motion for Summary Judgment (Doc. 20) is **GRANTED**;

3.      Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court **REVERSES** the Commissioner's decision and **REMANDS** the case back to the Commissioner of Social Security for further proceedings.

4.      The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close this case.

IT IS SO ORDERED.

Dated:   **October 12, 2022**

UNITED STATES DISTRICT JUDGE

2